704 A.2d 1297

NEW JERSEY CITIZEN ACTION v. THE RIVIERA MOTEL CORPORATION.

January 30, 1998.

## ORDER

ORDERED that the motion to dismiss the appeal as MOOT is granted.